UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAWN WRIGHT, | : |
| Plaintiff, | : Civil No. 3:16-CV-01835 |
| v. | : (Hon. John E. Jones III) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security | : |
| Defendant. | : |

## ORDER

**May 2, 2017**

In conformity with the Memorandum issued on today's date, it is hereby **ORDERED** that:

1. The Clerk of Court shall enter judgment in favor of Nancy A. Berryhill[1], Acting Commissioner of Social Security and against Plaintiff Dawn Wright as set forth in the following paragraph;

2. The decision of the Acting Commissioner of Social Security denying Plaintiff Dawn Wright's disability insurance benefits is **AFFIRMED** and the Plaintiff's appeal is **DENIED**; and

3. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

s/ John E. Jones III
John E. Jones III
United States District Judge

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Federal Rule of Civil Procedure 25(d), Nancy A. Berryhill is substituted for Carolyn W. Colvin, Acting Commissioner of Social Security as the defendant in this suit.